IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LJILJANA ZELEN KARADZIC, | ) |
|     *Plaintiff,* | ) |
| v. | ) No. 1-23-cv-01226 (TSC) |
| BRADLEY T. SMITH, in his official capacity as Director, Office of Foreign Assets Control, *et al*, | ) NOTICE OF RECENT DEVELOPMENT |
|     *Defendants.* | ) |

Ljiljana Karadzic wishes to bring to the Court's attention United Nations Security Council Resolution 2744 adopted on July 19, 2024.[1] The resolution provides for a procedure by which persons sanctioned by the United Nations may petition for delisting. The procedure provides that delisting applications are to be investigated and adjudicated within an 8-16 month time frame.

The United States sponsored this resolution and took credit for its adoption. During the United Nations Security Council meeting at which the resolution was adopted, the United States representative stated:

> The United States was proud to vote for this resolution (resolution 2744 (2024)) and is grateful for the leadership of our co-penholder, Malta.
>
> It took four months of extensive negotiations, and it has been 18 years since the Security Council last took action on delisting procedures. And here we are. We are grateful for the collective efforts on this important matter and the co-sponsorship of over 50 other Member States. Today's vote is a historic moment. With this resolution, the international community is demonstrating its

---

[1] S/RES/2744 (2024).

commitment to values such as transparency and fairness in United Nations sanctions processes.

While the resolution adopted today enhanced delisting procedures, equal effort must go into ensuring that sanctions are kept up to date and implemented. Security Council sanctions are an important tool to deter an array of threats to peace and security, including the proliferation of arms and weapons of mass destruction, as well as to counter terrorism and prevent human rights abuses. But for sanctions to be effective, it is critical that the Council take steps to ensure that the sanctions are appropriately targeted, including through robust and fair procedures for delisting when warranted.[2]

Ljiljana Karadzic believes that the United States' sponsorship of this Resolution, as well as the comments of its representative, are relevant to her argument that the 42 month delay in adjudicating her delisting application was unreasonable.

Dated: July 26, 2024

        Respectfully submitted,

        By: /s/ Peter Robinson_____

        Peter Robinson
        P.O. Box 854
        Raleigh, North Carolina 27602
        Telephone: (707) 575-0540
        E-mail: peter@peterrobinson.com
        Bar No. NC013

        Attorney for Plaintiff Ljiljana Zelen Karadzic

---

[2] S/PV.9689, p. 3, available at https://documents.un.org/doc/undoc/pro/n24/214/23/pdf/n2421423.pdf?token=yVhWX0wnKe5Bj1SfTY&fe=true