UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEKSANDAR KARADZIC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREA M. GACKI, *et al.*,<br><br>    Defendants. | Civil Action No. 23-cv-1226 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 29, Defendants' Motion to Dismiss, ECF No. 19, is hereby GRANTED, and Plaintiff's Motion for Summary Judgment, ECF No. 16, is hereby DENIED as moot.

Date: September 20, 2024

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge